FILED
MAY 31 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CURTIS LEE HENDERSON SR,

    Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF
CORRECTION AND REHABILITATIONS
et al.,
    Defendant.

CASE NO. C 07-2838 SBA

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, CURTIS LEE HENDERSON SR, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?   Yes ___  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A                 Net: N/A

Employer: N/A

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____    - 1 -

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

LAST EMPLOYMENT IN 1990

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.    Business, Profession or self employment      Yes ___ No X

    b.    Income from stocks, bonds, or royalties?      Yes ___ No X

    c.    Rent payments?      Yes ___ No X

    d.    Pensions, annuities, or life insurance payments?      Yes ___ No X

    e.    Federal or State welfare payments, Social Security or other government source?      Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

_____

3. Are you married?      Yes ___ No X

Spouse's Full Name: N/A

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income:

Gross $ N/A      Net $ N/A

4.    a.    List amount you contribute to your spouse's support: $ N/A

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____

- 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

_____

5. Do you own or are you buying a home?   Yes ____ No  X

Estimated Market Value: $ ___Ø___   Amount of Mortgage: $ ___Ø___

6. Do you own an automobile?   Yes ____ No  X

Make N/A   Year N/A   Model N/A

Is it financed? Yes N/A  No N/A   If so, Total due: $ ___Ø___

Monthly Payment: $ ___Ø___

7. Do you have a bank account?  Yes ____ No  X  (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

_____

Present balance(s): $ N/A

Do you own any cash?  Yes ____ No  X   Amount: $ ___Ø___

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes  X   No ____

1 TELEVISION  $50$

8. What are your monthly expenses?

Rent: $ ___Ø___        Utilities: ___Ø___

Food: $ ___Ø___        Clothing: ___Ø___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| Ø | $ Ø | $ Ø |
| Ø | $ Ø | $ Ø |
| Ø | $ Ø | $ Ø |

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____        - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes  X   No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
C 06-05541 SBA (PR)

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-19-07

DATE                                           SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATION OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Curtis Lee Henderson  H43488</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>16.67</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>33.22</u>. (20% = $6.65)

Dated: 5/16/07

_____
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-16-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

[prisoner name]

__PELICAN BAY STATE PRISON__ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____

[Authorized officer of the institution]

- 5 -

```
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                           PELICAN BAY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 01, 2006 THRU MAY 15, 2007

ACCOUNT NUMBER : H43488                      BED/CELL NUMBER: AF01U 000000210L
ACCOUNT NAME   : HENDERSON, CURTIS LEE       ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                             TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION    COMMENT     CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
-----  ----  -----------    -------     ---------    --------    -----------    -------

11/01/2006   BEGINNING BALANCE                                                     0.00

12/27 D300 CASH DEPOSIT  2324 ML391                   100.00                     100.00
  ACTIVITY FOR 2007
01/02 W532 DAMAGES - PER 2385/1540                                       2.87     97.13
01/03 W220 STATE FILING  2397 INI                                        0.75     96.38
01/03 W220 STATE FILING  2397 12/27                                     20.00     76.38
01/03 W212 FEDERAL FILIN 2397 12/27                                     20.00     56.38
01/03 W536 COPAY CHARGE  2398M12/28                                      5.00     51.38
01/04 FC06 DRAW-FAC 6    2423 A-2                                       45.00      6.38
01/09 W516 LEGAL COPY CH 2508                                            1.40      4.98
01/11 W512 LEGAL POSTAGE 2560                                            0.63      4.35
01/11 W512 LEGAL POSTAGE 2560                                            4.05      0.30
01/11 W512 LEGAL POSTAGE 2560                                            0.30      0.00
01/30 FR01 CANTEEN RETUR 602787                                         15.40-    15.40
01/30 W512 LEGAL POSTAGE 2789                                            4.20     11.20
01/30 W512 LEGAL POSTAGE 2794                                            7.45      3.75
02/02 W512 LEGAL POSTAGE 2891                                            1.59      2.16
02/05 W502 POSTAGE CHARG 2920                                            2.16      0.00

                             TRUST ACCOUNT SUMMARY

BEGINNING        TOTAL        TOTAL        CURRENT       HOLDS       TRANSACTIONS
 BALANCE        DEPOSITS    WITHDRAWALS    BALANCE      BALANCE      TO BE POSTED
---------       --------    -----------    -------      -------      ------------
   0.00          100.00        100.00        0.00         0.00           0.00
```

                                                                   CURRENT
                                                                  AVAILABLE
                                                                   BALANCE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-16-07
CALIFORNIA DEPARTMENT OF CORRECTIONS                                  0.00
BY [signature]
   TRUST OFFICE

PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5; 28 U.S.C. Sec. 1746)

I, **CURTIS LEE HENDERSON SR**, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over the age of eighteen (18) years and am a party to the above-entitled action.

My State Prison address is: Post Office Box **7500**, Crescent City, California, 95531.

On the **24** day of **MAY**, **2007**, I served the following (set forth the exact title of document(s) served):

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

on the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, California, 95531, addressed as follows:

**UNITED STATS DISTRICT**
**NOTHERN DISTRICT OF CALIF**
**1301 CLAY ST SUITE 400S**
**OAKLAND CALIF 94612-5212**

There is delivery service by United States mail to the place so addressed and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this **24** day of **MAY**, **2007**.

Declarant/Prisoner signature