ORIGINAL
FILED

JUL 23 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CURTIS LEE HENDERSON SR

H-43488

P.O. BOX 3481                                        7/18/07

CORCORAN CALIF 93212

C07-909 SBA

TO THE CLERK OF THE
UNITED STATES DISTRICT-
COURT NORTHERN DISTRICT         RECEIVED
OF CALIFORNIA
450 GOLDEN GATE AVE             JUL 23 2007

C07-2838 SBA

BOX 36060                       RICHARD W. WIEKING
                                CLERK, U.S. DISTRICT COURT
SAN FRANCISCO CA 94102          NORTHERN DISTRICT OF CALIFORNIA


DEAR CLERK,
            I DO NOT HAVE THE CASE NUMBER'S TO THE
TWO COMPLAINTS PENDING IN YOUR COURT, BECAUSE ON 7/11/07
I WAS TRANSFERED FROM PELICAN BAY STATE PRISON, TO CORCORAN
STATE PRISON AND ALL MY LEGAL PROPERTY STILL REMAINS IN THE
POSESSION OF PRISON OFFICIALS. THIS LETTER IS TO GIVE NOTICE
OF MY NEW ADDRESS. THE NAME OF THE CASES ARE:

    1)   CURTIS LEE HENDERSON SR. V. JEFFERY HOLZ.
    2)   CURTIS LEE HENDERSON SR. V. CALIFORNIA DEPARTMENT OF CORRECTIONS
                                AND REHABILITATIONS et al.

COULD YOU PLEASE ALLOW YOUR RECORDS TO REFLECT THE NEW ADDRESS
THANK YOU FOR YOUR TIME.

As soon as you know your new address, mail this card to all of the people, businesses, and publications who send you mail.

For publications, tape an old address label over name and old address sections and complete new address.

| Your Name (Print or type. Last name, first name, middle initial.) |||||||
|---|---|---|---|---|---|---|
| HENDERSON CURTIS LEE SR    CDCR # H-43488 |||||||

| | | No. & Street | Apt./Suite No. | PO Box | RR No. | Rural Box No. |
|---|---|---|---|---|---|---|
| Old Address | | PELICAN BAY STATE PRISON | | 7500 | | |
| | | City | State | ZIP + 4 | | |
| | | CRESCENT CITY | CA | 9 5 5 3 1 - | | |
| New Address, | | No. & Street | Apt./Suite No. | PO Box | RR No. | Rural Box No. |
| | | CORCORAN STATE PRISON | 4B-1L-56 | 3481 | | |
| | | City | State | ZIP + 4 | | |
| | | CORCORAN | CA | 9 3 2 1 2 - | | |

| Sign Here | Date new address in effect | Keyline No. (If any) |
|---|---|---|
|  | JULY 11, 2007 | |

PS Form **3576**, November 1990          RECEIVER: Be sure to record the above new address.



CURTIS LEE HENDERSON SR
H-43488
P.O. BOX 3481
CORCORAN CALIF. 93212

LEGAL MAIL

TO THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
BOX 36060
SAN FRANCISCO, CA 94102