CURTIS LEE HENDERSON SR
H-43488
P.O. BOX 3481
CORCORAN CALIF 93212
PRO PER

FILED
2007 AUG -2 PM 4:22
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

FILED
AUG - 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CURTIS LEE HENDERSON SR,
PLAINTIFF,

V.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATIONS et al
DEFENDANTS

CASE # C 07 2838 SBA (PR)

NOTICE OF PLAINTIFF'S
CHANGE OF ADDRESS

TO THE HONORABLE SAUNDRA B. ARMSTRONG JUDGE OF THE ABOVE ENTITLE COURT,

AND ALL PARTIES PLEASE TAKE NOTICE OF THE PLAINTIFF'S CHANGE OF ADDRESS AS FOLLOWS:

CURTIS LEE HENDERSON SR
H-43488
P.O. BOX 3481
CORCORAN CALIF 93212

ALL ORDERS, MOTION'S ECT,. MUST NOW BE SENT TO THE PLAINTIFF AT THE ABOVE ADDRESS,

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

7/28/07

CURTIS LEE HENDERSON SR

# PROOF OF SERVICE

I **CURTIS LEE HENDERSON SR.**, DECLARE THAT I AM THE PLAINTIFF IN THE ABOVE CASE MY ADDRESS IS P.O. BOX 3481 CORCORAN CALIF 93212, AND I CAUSED THE DOCUMENT LISTED HERE, **NOTICE OF PLAINTIFF CHANGE OF ADDRESS** ON THE FOLLOWING:

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF
1301 CLAY STREET, 400 S. TOWER
OAKLAND, CALIF 94612-5212
```

BY PLACING SAID DOCUMENT IN A SEALED ENVELOPE WITH POSTAGE PREPAID.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

7/28/07
DATED

CURTIS LEE HENDERSON SR.

//

//