CURTIS LEE HENDERSON SR
H-43488
P.O. BOX 3481
CORCORAN CALIF 93212
PROPRIA PERSONA

ORIGINAL

FILED
OCT - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON SR<br>PLAINTIFF<br><br>VS.<br><br>J. PETERSON et al.<br>DEFENDANTS | CASE NO: C07 2838 SBA (PR)<br>MOTION TO FILE A FIRST<br>AMENDED COMPLAINT |

TO THE HONORABLE SAUNDRA BROWN ARMSTRONG JUDGE OF THE ABOVE ENTITLED COURT. AND ALL PARTIES PLEASE TAKE NOTICE THAT THE PLAINTIFF MOVES A MOTION TO FILE A FIRST AMENDED COMPLAINT.

THIS MOTION IS NOT FOR HERASSMENT OR DELAY BUT IN FACT TO MAKE THE PLEADINGS MORE SPECIFIC TO AID THE COURT IN IT PRELIMINARY SCREENING AND TO PRESENT SPECIFIC AND CONCRETE PLEADINGS ENOUGE TO ENABLE THE DEFENDANTS TO PREPARE A RESPONSE. IT REMOVE A DEFNDANT AND REDUCE'S THE AMOUNT OF DAMAGES TO A REASONABLE SUM IN LIGHT OF THE CIRCOMSTANCES. AND IS FILED IN GOOD FAITH. AND IS ATTACHED HERETO.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

10/1/07
DATED

[signature]
CURTIS LEE HENDERSON SR