LEGAL MAIL

CURTIS LEE HENDERSON SK
H-43488    4B-3L-55
P.O. BOX 3481
CORCORAN CALIF 93212

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET 400 S. TOWER
OAKLAND CALIF 94612-5212