

FILED
JAN 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1 CURTIS LEE HENDERSON SR
2 H-43488
3 P.O. BOX 3481
4 CORCORAN CALIF 93212

7 UNITED STATES DISTRICT COURT
8 NORTHERN DISTRICT OF CALIFORNIA

10 CURTIS LEE HENDERSON, SR.,    CASE NO. C 07 2838 SBA (PR)
11         PLAINTIFF,             PLAINTIFF'S EX PARTE
12    VS.                         MOTION FOR PRELIMINARY
13 J. PETERSON et al.,            INJUNCTION AND TEMPORARY
14         DEFENDANTS.            RESTRAINING ORDER

16    TO THE HONORABLE SAUNDRA BROWN ARMSTRONG
17 UNITED STATES DISTRICT JUDGE, OF THE ABOVE ENTITLED
18 COURT. PLEASE TAKE NOTICE THAT THE PLAINTIFF MOVES
19 AN EX PARTE MOTION FOR PRELIMINARY INJUCTION AND
20 TEMPORARY RESTRAINING ORDER. AND THAT THE
21 COURT NOTE THAT THE DEFENDANTS IN THIS ACTION HAVE
22 NOT BEEN SERVED AT THIS TIME AND FOR GOOD CAUSE
23 SHOWN HERE. PLAINTIFF BE RELIEVED OF DELIVERY OF THE
24 MOTION TO OPPOSING COUNSEL OR DEFENDANTS.
25    THE DEFENDANTS AND PERSON'S IN ACTIVE
26 CONCERT WITH THEM, HAVE THREATEND TO CONFISCATE THE
27 PLAINTIFF'S PERSONAL PROPERTY.



1. THE DEFENDANTS AGENTS CLAIM THIS ACT
2. TO BE IN RESPONSE TO PLAINTIFF'S REFUSAL TO DOUBLE
3. CELL. HOWEVER THE PLAINTIFF KNOWS THIS IS NOTHING
4. MORE THAN RETALIATION FOR FILING ACTIONS AGAINST
5. PRISON OFFICIALS. THE DEFENDANTS AGENTS HAVE
6. STATED TO THE PLAINTIFF THAT THEY WERE ORDERED BY
7. "SACREMENTO" TO CONFISCATE ALL OF THE PLAINTIFFS
8. PROPERTY.
9.      THE OFFICE OF ADMINISTRATIVE LAW HAS
10. DECLARED (IN OAL FILE #* CTU 06-0829-01 AND 06-0831-02)
11. THAT THE DEPARTMENT OF CORRECTIONS AND REHABILITATION
12. DOUBLE CELL HOUSING POLICY, IS AN UNDERGROUND
13. REGULATION AND THEREFORE IN VIOLATION OF THE (APA)
14. ADMINISTRATIVE PROCEDURE ACT.
15.      NOW PENDING BEFORE THIS COURT IS THE
16. CONSTITUTIONAL QUESTION SEEKING DECLATORY RELIEF
17. THAT DOUBLE CELLING IS NOT MANDATED BY THE
18. CONSTITUTION.
19.      THE DEFENDANTS AGENTS ARE USING SUCH
20. A CLAIM AS A RUSE TO CONFISCATE THE PLAINTIFFS
21. PROPERTY WHICH WOULD DETER A PERSON OF ORDINARY
22. FIRMNESS FROM EXERCISE OF CONSTITUTIONAL RIGHTS.
23. NAMELY TO PREVENT THE PLAINTIFF FROM LITIGATING IN
24. THIS HONORABLE COURT.
25.      THE PLAINTIFF IS THUS BEING FORCED TO
26. SURRENDER HIS PROPERTY OR SURRENDER LITIGATION, IN
27. WHICH A TEMPORARY RESTRAINING ORDER IS NEEDED
28. UNTIL THIS COURT DECIDES THE CONSTITUTIONAL QUESTION.

THE PLAINTIFF WILL SUFFER IRREPARABLE INJURY IF HIS PROPERTY IS CONFISCATED. ON THE ONE HAND IT WOULD BE IMPOSSIBLE FOR THE PLAINTIFF TO TAKE ANY MERITORIOUS LEGAL ACTION FORCING HIM TO WITHDRAW HIS CASE'S C 07-0909 SBA (PR); C 07 2838 SBA(PR) NOW PENDING IN THIS COURT.

ON THE OTHER HAND, THE HARM SUFFERED IS THE ADVERSE CONSEQUENCES WHICH FLOW FROM THE PLAINTIFFS CONSTITUTIONALLY PROTECTED ACTION. INSTEAD OF BEING "denied" ACCESS TO THE COURTS, THE PLAINTIFF IS PENALIZED FOR ACTUALLY CONTINUING TO EXERCISE THAT RIGHT. THE INJURY IS THE RETALIATORY ACCUSATIONS CHILLING EFFECT ON THE PLAINTIFFS FIRST AMENDMENT RIGHTS SEE <u>HINES V. GOMEZ 108 F.3d 265,269 (9TH CIR. 1997)</u>.

CONFISCATION OF THE PLAINTIFFS PROPERTY IS UNRELATED TO LEGITIMATE PENOLOGICAL OBJECTIVES. IN <u>LEWIS V. CASEY 518 U.S. AT 355, 116 S.Ct 2174</u> THE COURT STATED:

> " THE RIGHT TO FILE FOR LEGAL REDRESS IN COURTS IS AS VALUABLE TO A PRISONER AS TO ANY OTHER CITIZEN. INDEED, FOR THE PRISONER IT IS MORE VALUABLE. INASMUCH AS ONE CONVICTED OF A SERIOUS CRIME AND IMPRISONED USUALLY IS DIVESTED OF THE FRANCHISE, THE RIGHT TO FILE A COURT ACTION STANDS . . . AS HIS MOST "FUNDAMENTAL POLITICAL RIGHT, BECAUSE PRESERVATIVE OF ALL RIGHTS."

-3-

THIS COURT HAS AUTHORITY UNDER Fed. R. Civ. P. 65(b) TO ISSUE A TEMPORARY RESTRAINING ORDER FEDERAL RULE OF CIVIL PROCEDURE 65(b) SHOULD BE APPLIED LIBERALLY IN FAVOR OF A TEMPORARY RESTRAINING ORDER AS A TEMPORARY RESTRAINING ORDER MAY BE GRANTED WITHOUT WRITTEN OR ORAL NOTICE TO THE ADVERSE PARTY OR THAT PARTIES ATTORNEY ONLY IF (1) IT CLEARLY APPEARS FROM SPECIFIC FACTS SHOWN BY AFFIDAVIT OR BY THE VERIFIED COMPLAINT THAT IMMEDIATE AND IRREPARABLE INJURY, LOSS, OR DAMAGE WILL RESULT TO THE APPLICANT BEFORE THE ADVERSE PARTY OR THAT PARTY'S ATTORNEY CAN BE HEARD IN OPPOSITION AND (2) THE APPLICANT'S ATTORNEY CERTIFIES TO THE COURT IN WRITING THE EFFORTS IF ANY, WHICH HAVE BEEN MADE TO GIVE NOTICE AND THE REASON SUPPORTING THE CLAIM THAT NOTICE SHOULD NOTE BE REQUIRED.

THE PLAINTIFF'S AFFIDAVIT IS ATTACHED HERETO AS EXHIBIT A CERTIFIED BY THE PLAINTIFF IN WRITING PER. FED. R. CIV. P 65(b)

THE PLAINTIFF REQUEST THE COURT ISSUE A TEMPORARY RESTRAINING ORDER PREVENTING THE DEFENDANT'S FROM CONFISCATING THE PLAINTIFFS PROPERTY FORTHWITH AND THAT SAID ORDER BE A CONTINUING ONE UNTIL THE COURT DETERMAINS THE ISSUE AS STATED IN THE COMPLAINT.

SAID ORDER SHOULD READ "THE DEFENDANTS THEIR OFFICER OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS, AND REHABILITATIONS,

1. ITS AGENTS, SERVANTS, EMPLOYEES AND ATTORNEY'S AND
2. ANY PERSONS IN ACTIVE CONCERT OR PARTICIPATION WITH
3. THEM WHO RECEIVE ACTUAL NOTICE OF THE ORDER BY
4. PERSONAL SERVICE OR OTHERWISE ARE HEREBY RESTRAINED
5. FROM CONFISCATING ANY OF THE PLAINTIFFS PROPERTY
6. NAMED HERE CURTIS LEE, HENDERSON, SR. CDCR# H-43488
7. AND IS BINDING UPON THE CALIFORNIA DEPARTMENT OF
8. CORRECTIONS AND REHABILITATION, ITS AGENTS, SERVANTS,
9. EMPLOYEES AND ATTORNEY'S AND ANY PERSONS IN ACTIVE
10. CONCERT OR PARTICIPATION WITH THEM WHO RECEIVE
11. ACTUAL NOTICE OF THE ORDER BY PERSONAL SERVICE OR
12. OTHERWISE UNTIL FURTHER ORDER BY THIS COURT. SAID
13. ORDER IS TO REMAIN IN EFFECT CONTINUALLY IT IS SO
14. ORDERED.
15.       I DECLARE UNDER PENALTY OF PERJURY THAT
16. THE FORGOING IS TRUE AND CORRECT.

17.
18.
19. 1/15/08                          [signature]
20.   DATED                     CURTIS LEE HENDERSON SR
21.
22. //
23.
24. //
25.
26. //
27.
28. //

EXHIBIT "A"

# PLAINTIFFS CERTIFIED AFFIDAVIT

1). I CURTIS LEE HENDERSON SR. PLAINTIFF IN THIS ACTION NOW PENDING BEFORE THE COURT. WAS INFORMED BY THE DEFENDANT AGENT CORRECTIONAL OFFICER GONSALEZ IN ACTIVE CONCERT WITH THE DEFENDANTS THAT HE WAS INSTRUCTED BY HIS SUPERIORS IN SACRAMENTO TO CONFISCATE MY PROPERTY.

2). I THEN INFORMED HIM THAT SUCH AN ACTION WOULD BE UNCONSTITUTIONAL AS I HAVE PENDING LEGAL CASES IN WHICH HAVING MY PROPERTY ALLOWS ME TO LITIGATE THEM EFFECTIVELY.

3). HE THEN TOLD ME TO COME OUT OF MY CELL BECAUSE HE WAS GOING TO TAKE EVERYTHING. DUE TO MY REFUSAL TO DOUBLE CELL.

4). I TOLD HIM TO BE STRAIGHT WITH ME, THAT THIS HAS NOTHING TO DO WITH DOUBLE CELL BUT IS TO KEEP ME FROM MAINTAINING COURT ACTION'S.

5). HE OFFICER GONSALEZ, THEN STATED "YOU GOT THAT RIGHT"

6). I REFUSED TO EXIT THE CELL. HE THEN TURNED OFF MY ELECTRICITY TO THE CELL AND STATED "AS SOON AS YOU COME OUT YOU LOOS EVERYTHING."

7). I THEN INFORMED HIM THAT I WOULD BE NOTIFYING THIS COURT OF HIS ACTIONS BEING HARRASSING THREATENING AND OPPRESSIVE.

PLAINTIFFS CERTIFIED AFFIDAVIT EXHIBIT "A" ATTACHED TO PLAINTIFFS ANATE MOTION FOR ELIMINARY INJUNCTION & TEMPORARY RESTRAINING ORDER.

-1 OF 2-

8). HE THEN TOLD ME TO "HAVE FUN TRYING TO DO THAT IN THE DARK"

9). I NOW FACE THE IMMEDIATE AND IRREPARABLE INJURY LOSS. OR DAMAGE OF MY PROPERTY. AND MORE IMPORTANTLY THE DELIBERATE RETALIATION FOR THE EXERCISE OF A CONSTITUTIONAL RIGHT IS AT STAKE.

10). I HAVE ADDRESSED THIS ISSUE THROUGH DISCUSSION WITH THE APPROPRIATE STAFF MEMBER, AS SUCH GIVEN THE RIGHT AT STAKE NOTICE SHOULD NOT BE REQUIRED.

I DECLARE THIS TO BE MY CERTIFIED AFFIDAVIT UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA TO BE TRUE AND CORRECT AND IF CALLED TO TESTIFY ON THE MATTERS STATED HEREIN I WOULD DO SO.

1/15/08
DATED

CURTIS LEE HENDERSON SR

//

//

//

//

PLTFFS CERTIFIED AFFIDAVIT EXHIBIT A ATTACHED TO PLAINTIFFS EX PARTE MOTION FOR PRELIMINARY INJUNCTION & TEMPORARY RESTRAINING ORDER

# PROOF OF SERVICE

I, CURTIS LEE HENDERSON SR, DECLARE THAT I AM THE PLAINTIFF IN THE ABOVE ACTION MY ADDRESS IS P.O. BOX 3481 CORCORAN CALIF 93212 AND I SERVED THE DOCUMENT LISTED HERE <u>PLAINTIFFS EX PARTE MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER</u> ON THE FOLLOWING;

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY St SUITE 400S
OAKLAND CALIF 94612-5212
```

BY PLACING SAID DOCUMENT IN A SEALED ENVELOPE WITH POSTAGE PREPAID.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

1/16/08
DATED

[signature]
CURTIS LEE HENDERSON SR

//

//

//

CURTIS LEE HENDERSON SR.
H-43488
P.O. BOX 3481
CORCORAN CALIF 93212

CORCORAN STATE PRISON



Hasler
01H265040SS
$00.580
01/17/2008
Mailed From 93212
US POSTAGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST. SUITE 400 S
OAKLAND CALIF 94612-5212

9461285217 0037

LEGAL MAIL