ORIGINAL

1  CURTIS LEE HENDERSON SR
2  H-43488
   P.O. BOX 3481
3  CORCORAN CALIFORNIA 93212
4  PROPRIA PERSONA

**FILED**

FEB 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6           IN THE UNITED STATES DISTRICT COURT
7         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  CURTIS LEE HENDERSON SR.,          NO: C07-2838 SBA (PR)
10           PLAINTIFF,                MOTION FOR LEAVE TO FILE
11      V.                             SECOND AMENDED COMPLAINT
12  J. PETERSON et al
13           DEFENDANTS

15      TO THE HONORABLE SAUNDRA BROWN ARMSTRONG
16  JUDGE OF THE ABOVE ENTITLE COURT.
17      PLEASE TAKE NOTICE THAT THE PLAINTIFF RESPECFULLY
18  MOVES A MOTION FOR LEAVE TO FILE A SECOND AMENDED
19  COMPLAINT.
20      THIS MOTION IS MADE IN GOOD FAITH. AND NOT BEING
21  PRESENTED FOR ANY IMPROPER PURPOSE SUCH AS HARASSMENT OR
22  TO CAUSE UNNECESSARY DELAY OR NEEDLESS INCREASE IN THE
23  COST OF LITIGATION. BUT THESE CLAIMS AND OTHER LEGAL
24  CONTENTION WITHIN THE SECOND AMENDED COMPLAINT ARE
25  WARRENTED BY EXISTING LAW MADRID V. TILTON, C-90-3094 TEH
26  COLEMAN V. WILSON 912 F. SUPP. 1282. AND HAVE EVIDENTIARY
27  SUPPORT AND WARRANTED ON THAT EVIDENCE FED.R.CIV.P. 11,
28

-1-

1  THE ADDITIONAL PARTIES HAVE RECIEVED NOTICE OF
2  THE ACTION BY WAY OF ADMINISTRATIVE APPEALS. THOSE PARTIES
3  WILL NOT BE PREJUDICED IN MAINTAING A DEFENSE ON THE
4  MERITS.
5      THE PLAINTIFF REQUEST THE COURT TO TAKE JUDICIAL
6  NOTICE. THAT THE DEFENDANTS HAVE NOT BEEN SERVED AT THIS
7  TIME. FED. R. CIV. P. 15 (a) ALLOWS AMENDMENT AS A MATTER
8  OF COURSE BECAUSE A RESPONSIVE PLEADING HAS NOT BEEN
9  SERVED.
10     WHILE IT IS TRUE THIS IS THE PLAINTIFFS SECOND
11 MOTION FOR LEAVE TO AMEND. REQUEST THAT THE COURT NOTE
12 ADDITIONAL CLAIMS AND DEFENDANTS IN THE SECOND AMENDED
13 COMPLAINT AROSE OUT OF THE CONDUCT. TRANSACTION OR OCCUR-
14 RENCE SET FORTH OR ATTEMPTED TO BE SET FORTH IN THE
15 ORIGINAL PLEADING FED. R. CIV. P. 15 (C) (2)
16     THE SECOND AMENDED COMPLAINT. MOST IMPORTANTLY
17 ASSIST THE COURT BY TAKING THE COURT THROUGH, FROM START
18 TO FINISH OF NONCONCLUSORY ALLEGATIONS SETTING FORTH
19 CONCRETE DATES. AND TIMING OF EVENTS IS A TELLING PIECE
20 OF EVIDENCE. IN PRATT V. ROWLAND, THE NINTH CIRCUIT RECOG-
21 NIZED THAT "TIMING CAN PROPERLY BE CONSIDERED AS CIRCUM-
22 STANTIAL EVIDENCE OF RETALIATORY INTENT." 65 F.3d 802, 808
23 (9TH CIR. 1995).
24     WHILE THE PLEADINGS DO NOT CHANGE THE PARTY,
25 BUT ADDS PARTIES TO THE COMPLAINT. THE PLAINTIFF ASK THE
26 COURT TO TAKE JUDICIAL NOTICE OF FED. R. CIV. P. 17(a) TO AVOID
27 FORFEITURES OF JUST CLAIMS. REVISED RULE 17(a) WOULD
28 PROVIDED THAT NO ACTION SHALL BE DISMISSED ON THE,

-2-

MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT
HENDERSON V. PETERSON ET AL
C 07 2838 SBA (PR)

1  GROUND THAT IT IS NOT PROSECUTED IN THE NAME OF THE REAL
2  PARTY IN INTEREST UNTIL A REASONABLE TIME HAS BEEN ALLOWED
3  FOR CORRECTION OF THE DEFECT IN THE MANNER THERE
4  STATED.
5      LASTLY THE PLAINTIFF DOES NOT EXPECT TO
6  FILE A THIRD AMENDED COMPLAINT UNLESS ORDERED TO
7  DO SO BY THE COURT, AS ALL CLAIMS ARE NOW BEFORE THE
8  COURT CONCERNING THE ISSUES IN THE SECOND AMENDED COMPLAINT.
9  AND ASK THE COURT TO LIBERALLY CONSTRUE THESE PRO SE
10 PLEADINGS.
11     I DECLARE UNDER PENALTY OF PERJURY UNDER
12 THE LAWS OF THE STATE OF CALIFORNIA THAT THE FORGOING IS
13 TRUE AND CORRECT.
14 2/22/08
15 DATED          CURTIS LEE HENDERSON SR

17 //
21 //
24 //
27 //

MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT
HENDERSON V. PETERSON et al
C 07 2838 SBA (PR)

# PROOF OF SERVICE

I CURTIS LEE HENDERSON SR DECLARE THAT I AM THE PLAINTIFF IN THE ABOVE CASE MY ADDRESS IS P.O. BOX 3481 CORCORAN CALIF 93212 AND I SERVED THE DOCUMENT LISTED HERE MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT ON THE FOLLOWING:

> UNITED STATES DISTRICT COURT
> NORTHERN DISTRICT OF CALIF
> 1301 CLAY STREET 400 S. TOWER
> OAKLAND CALIF 94612-5212

BY PLACING SAID DOCUMENT IN A SEALED ENVELOPE WITH POSTAGE PREPAID.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FORGOING IS TRUE AND CORRECT.

2-25-08
DATED

CURTIS LEE HENDERSON SR

//
//
//

MOTION FOR LEAVE TO FILE
SECON AMENDED COMPLAINT
HENDERSON V. PETERSON et al
C07 2838 SBA (PR)

-4-

CURTIS LEE HENDERSON SR.
H-43488
P.O. Box 3481
CORCORAN CALIFORNIA 93212

STATE
PRISON
CORCORAN

LEGAL MAIL