```
1  CURTIS LEE HENDERSON SR.                    FILED
2  H-43488                                     2008 APR -7 PM 2:27
3  P.O. BOX 5101                               RICHARD W. WIEKING
4  DELANO CALIF 93216                          CLERK, U.S. DISTRICT COURT
                                               NORTHERN DISTRICT OF CALIFORNIA
5
6           UNITED STATES DISTRICT COURT NORTHERN
7                    DISTRICT OF CALIFORNIA
8
9  CURTIS LEE HENDERSON SR          CASE NO: C07 2838 SBA (PR)
10         PETITIONER,              NOTICE OF PETITIONERS CHANGE
11     V.                           OF ADDRESS.
12  CALIFORNIA DEPARTMENT OF
13  CORRECTIONS & REHABILITATION'S
14        DEFENDANTS.
15      TO THE HONORABLE SAUNDRA BROWN ARMSTRONG
16  JUDGE OF THE ABOVE ENTITLED COURT.
17      PLEASE TAKE NOTICE THAT THE PETITIONER HAS BEEN
18  TRANSFERED. AND HIS NEW ADDRESS IS AS FOLLOWS
19
20         CURTIS LEE HENDERSON SR
21         H-43488
22         P.O. BOX 5101
23         DELANO CALIF 93216
24      ALL FUTURE ORDERS, MOTIONS AND OR LETTERS SHOULD
25  BE DIRECTED TO THE ADDRESS ABOVE.
26      I DECLARE UNDER PENALTY OF PERJURY THAT THE
27  FORGOING IS TRUE AND CORRECT.
28  3/25/08                          CURTIS LEE HENDERSON SR
    DATED
```

## PROOF OF SERVICE

1. I CURTIS LEE HENDERSON SR. DECLARE THAT I AM
2. THE PETITIONER IN THE ABOVE CASE AND MY NEW ADDRESS
3. IS P.O. BOX 5101 DELANO CALIF 93216 AND I SERVED THE
4. DOCUMENT LISTED HERE NOTICE OF PLAINTIFFS CHANGE OF
5. ADDRESS ON THE FOLLOWING:

7. UNITED STATES DISTRICT COURT
8. NORTHERN DISTRICT OF CALIF
9. 1301 CLAY STREET 400 S. TOWER
10. OAKLAND, CALIFORNIA 94612-5212

12. BY PLACING SAID DOCUMENT IN A SEALED ENVELOPE
13. WITH POSTAGE PREPAID
14. I DECLARE UNDER PENALTY OF PERJURY THAT THE
15. FORGOING IS TRUE AND CORRECT.

17. 3/25/08
18. DATED                                CURTIS LEE HENDERSON SR

21. //
24. //
26. //



CURTIS LEE HENDERSON SR
H-43488
P.O. BOX 5101
DELANO CALIF 93216

Kern Valley State Prison
Facility A, Building 8

LEGAL MAIL

TO THE CLERK OF THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIF
1301 CLAY STREET 400 S TOWER
OAKLAND CALIF 94612-5212