IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CURTIS LEE HENDERSON,**<br><br>                                               Plaintiff,<br><br>v.<br><br>**J. PETERSON, et al.,**<br><br>                                               Defendants. | C 07-2838 SBA<br><br>**[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF CURTIS LEE HENDERSON, CDCR No. H-43488** |

Plaintiff,**CURTIS LEE HENDERSON, CDCR No. H-43488**, a necessary and material witness in proceedings in this case **beginning on March 10, 2009, at 11:00 a.m.**, is confined at Kern Valley State Prison in the custody of the Warden. In order to secure this inmate's attendance at the settlement conference scheduled for March 10, 2009 at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Curtis Lee Henderson, CDCR No. H-43488, to produce said inmate at **California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on March 10, 2009, at 11:00 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1.   A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of Kern Valley State Prison and the California Department of Corrections and Rehabilitation to produce inmate **CURTIS LEE HENDERSON, CDCR No.**

1  **H-43488**, for a settlement conference at California State Prison, Solano, at the time and place
2  above, until completion of the proceedings or as ordered by the Court, and thereafter to return
3  the inmate to Kern Valley State Prison.

4      2.    The custodian is ordered to notify the Court of any change in custody of this inmate
5  and is ordered to provide the new custodian with a copy of this writ.

6  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

7      To: The Warden of Kern Valley State Prison,

8      **YOU ARE COMMANDED** to produce inmate **CURTIS LEE HENDERSON, CDCR**
9  **No. H-43488**, for a settlement conference at California State Prison, Solano at the time and place
10 above, until completion of the proceedings or as ordered by the Court, and thereafter to return
11 the inmate to Kern Valley State Prison.

12     **FURTHER**, you have been ordered to notify the Court of any change in custody of this
13 inmate and to provide the new custodian with a copy of this writ.

14     **IT IS SO ORDERED.**

16 Dated: 2/11/09 _____

*IT IS SO ORDERED*
*Judge Nandor J. Vadas*
United States Magistrate Judge

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate     C. L. Henderson v. J. Peterson, et al.
Case No. C 07-2838 SBA

2