United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON,<br><br>　　　　Plaintiff,<br><br>　　　　v<br><br>J. PETERSON, et al.,<br><br>　　　　Defendants. | Case No C 07-2838 SBA<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on March 10, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Tim McDonough

☒ Other: California Department of Corrections and Rehabilitation, Joile Paper

1    (2)    The following individuals, parties, and/or representatives did not appear:

2    (3)    The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date: 3/25/09

                                 Nandor J Vadas
                                 United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Henderson          No. C 07-2838 SBA

v.          CERTIFICATE OF SERVICE

Peterson
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/25/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Curtis Lee Henderson, Sr.**
H-43488
California State Prison - Delano
P.O. Box 5101
Delano, CA 93216

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3