IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CURTIS LEE HENDERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**J. PETERSON, et al.,**<br><br>Defendants. | Case No. C 07-2838 SBA<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION.** |

   Defendant's counsel has filed a motion to change time for an additional sixty days, up to and including Janaury 28, 2010, to file Defendants' motion for summary judgment or other dispositive motion.

   The Court has read and considered Defendants' motion and the accompanying declaration of counsel, and finds that good cause exists to grant the request. Accordingly, IT IS HEREBY ORDERED that the time for Defendants to file a motion for summary judgment or other dispositive motion is extended sixty days, up to and including January 28, 2010. Plaintiff's Opposition will be due forty-five days after the date Defendants' motion is filed. If Defendants

///

///

1

1 | wish to file a reply to the opposition they shall do so within fifteen of the filing of Plaintiff's
2 | Opposition.
3 | Dated: _11/19/09

The Honorable Saundra B. Armstrong
U.S. District

**IT IS SO ORDERED**
Judge Saundra B. Armstrong

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CURTIS LEE HENDERSON SR,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF
CORRECTION et al,

    Defendant.
_____/

Case Number: CV07-02838 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Lee Henderson H-43488
California State Prison - Delano
P.O. Box 5102
Delano, CA 93216

Dated: November 20, 2009

    Richard W. Wieking, Clerk
    By: LISA R CLARK, Deputy Clerk

3

[Proposed] Order (C 07-2838 SBA)