IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CURTIS LEE HENDERSON,** | C 07-2838 SBA |
| Plaintiff, | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER TO TRANSPORT INMATE CURTIS LEE HENDERSON (H-43488)** |
| v. | |
| **J. PETERSON, et al.,** | |
| Defendants. | |

    Plaintiff Curtis Lee Henderson (H-43488), a necessary and material witness in proceedings in this case scheduled for **November 18, 2010 at 3:00 p.m.**, at **California State Prison, Solano**.

    Curtis Henderson (H-43488) is presently confined in the Kern Valley State Prison, Delano, California 93216-6000, in the custody of the warden. In order to secure this inmate's attendance at the settlement conference scheduled for November 18, 2010 before the Honorable Nandor J. Vadas, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of Curtis Lee Henderson (H-43488) to produce him at **California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95696-4000, beginning at 3:00 p.m. on November 18, 2010**.

1

**ACCORDINGLY IT IS ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue, under seal of this Court, commanding the Warden to produce the inmate named above to California State Prison, Solano at the time and place above, and from day to day until completion of the settlement conference or as ordered by the Court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of Kern Valley State Prison:

**WE COMMAND** you to produce Curtis Lee Henderson (H-43488) to California State Prison, Solano at the time and place above, and from day to day until completion of the proceedings as ordered by the Court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this Writ.

**IT IS SO ORDERED.**

Dated: 10/25/10

_____
HONORABLE
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Nandor J. Vadas