IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. PETERSEN, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 07-2838 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL; REFERRING CASE TO FEDERAL PRO BONO PROJECT; APPOINTING COUNSEL; AND SETTING CASE MANAGEMENT CONFERENCE** |

　　　　Plaintiff has filed a motion for appointment of counsel (docket no. 120). Good cause appearing, Plaintiff's motion is GRANTED.

　　　　The Court having determined that it would be beneficial to have counsel assist Plaintiff in this matter and having located volunteer counsel willing to be appointed to represent Plaintiff,

　　　　IT IS HEREBY ORDERED that Plaintiff's case shall be referred to the Court's Federal Pro Bono Project, and that **Rachael E. Meny, Esq. (SBN 178514), Benedict Y. Hur, Esq. (SBN 224018), R. Adam Lauridsen, Esq. (SBN 243780) and Sharif E. Jacob, Esq. (SBN 257546)**, of Keker & Van Nest LLP, are appointed as counsel for Plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. All further proceedings will be stayed for **three (3) weeks** from the date of this Order.

　　　　The Clerk of the Court shall send a copy of this Order to Ms. Meny at **Keker & Van Nest LLP, 710 Sansome Street, San Francisco, California 94111**. The Clerk of the Court shall also send a copy of this Order to Plaintiff, and to Defendants' counsel.

　　　　IT IS HEREBY ORDERED THAT the parties shall appear for a telephonic Case Management Conference on **Thursday, January 27, 2011 at 4:00 p.m.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than **ten (10) days** prior to the Case Management Conference. The statement shall comply with the Standing Order for All Judges of the Northern District of California

1  and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as
2  for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the
3  above indicated date and time.
4       A trial date has not yet been set in this action.  During the Case Management Conference, the
5  parties are directed to propose a trial date in June, 2010.
6       This Order terminates Docket no. 120.
7       IT IS SO ORDERED.
8  DATED: 12/8/10                         _____
                                                           SAUNDRA BROWN ARMSTRONG
9                                                             United States District Judge

**United States District Court**
For the Northern District of California

G:\PRO-SE\SBA\CR.07\Henderson2838.ReferFPBP&ApptATTY&SetCMC.wpd    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON SR,<br><br>        Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION et al,<br><br>        Defendant. | Case Number: CV07-02838 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Lee Henderson H-43488
California State Prison - Delano
P.O. Box 5102
Delano, CA 93216

Rachel Meny
Keker & Van Nest LLP
710 Sansome Street
San Francisco, California 94111

Dated: December 9, 2010

                                      Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.07\Henderson2838.ReferFPBP&ApptATTY&SetCMC.wpd