KEKER & VAN NEST LLP
RACHAEL E. MENY - #178514
rmeny@kvn.com
BENEDICT Y. HUR - #224018
bhur@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
SHARIF E. JACOB - #257546
sjacob@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CURTIS LEE HENDERSON, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> J. PETERSEN, et al., <br><br> Defendants. | Case No. C07-2838-SBA (PR) <br><br> **STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO REOPEN DISCOVERY** <br><br><br> Judge:     Hon. Saundra B. Armstrong <br> Date Comp. Filed:     May 31, 2007 |

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING
ON PLAINTIFF'S MOTION TO REOPEN DISCOVERY
CASE NO. C07-2838-SBA

537857.01

**STIPULATION**

Pursuant to Local Rule 6-2, Plaintiff and Defendants, through counsel, hereby submit this stipulated request for an order shortening the time for briefing and hearing on Plaintiff Curtis Lee Henderson, Sr.'s Motion to Reopen Discovery, filed on January 10, 2011.  All parties agree to the following schedule:

- Plaintiff's Motion to Reopen filed Monday, January 10, 2011
- Defendants' Opposition filed by Tuesday, January 18, 2011
- Hearing (if necessary) on Tuesday, February 1, 2011, at 1:00 p.m.
- Plaintiff's Reply waived

Dated:  January 10, 2011                                                KEKER & VAN NEST LLP

                                                                          By:  */s/ Sharif E. Jacob*
                                                                                R. ADAM LAURIDSEN
                                                                                SHARIF E. JACOB
                                                                                Attorneys for Plaintiff
                                                                                CURTIS LEE HENDERSON, SR.

Dated:  January 10, 2011

                                                                          By:  */s/ Julianne Mossler*
                                                                                JULIANNE MOSSLER
                                                                                Deputy Attorney General
                                                                                Attorney for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that any opposition to Plaintiff Curtis Lee Henderson, Sr.'s Motion to Reopen Discovery, filed on January 10, 2011, shall be filed by January 18, 2011.~~, and a hearing on the motion shall be held at 1:00 p.m. on February 1, 2011.~~  Plaintiff has waived the filing of a reply.  The matter will be decided on the

1
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING
ON PLAINTIFF'S MOTION TO REOPEN DISCOVERY
CASE NO. C07-2838-SBA

537857.01

1 | papers submitted, without a hearing, unless the Court orders otherwise.  See Civ. L.R. 7-1(b).

2

3 | Dated: 1-13-11

*[signature: Saundra B. Armstrong]*

SAUNDRA BROWN ARMSTRONG
U.S. District Judge

2
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING
ON PLAINTIFF'S MOTION TO REOPEN DISCOVERY
CASE NO. C07-2838-SBA

537857.01