IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| Curtis Lee Henderson, Sr.,<br><br>      Plaintiff,<br><br>v.<br><br>J. Petersen,<br><br>      Defendant.<br>_____ / | No. 07 - CV- 02838 SBA<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that on January 27, 2011, I served a true and correct copy of the Court's Minute Order of 11/19/10 (Docket No. 121), by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail..

Curtis Lee Henderson, Sr
H-43488
California State Prison - Delano
P.O. Box 5102
Delano, CA 93216

Dated:  January 27, 2011

                                        *Linn Van Meter*
                                        Linn Van Meter
                                      Administrative Law Clerk to the
                                      Honorable Nandor J. Vadas