KEKER & VAN NEST LLP
RACHAEL E. MENY - #178514
rmeny@kvn.com
BENEDICT Y. HUR - #224018
bhur@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
SHARIF E. JACOB - #257546
sjacob@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CURTIS LEE HENDERSON, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> J. PETERSEN, et al., <br><br> Defendants. | Case No. C07-2838-SBA <br><br> **STIPULATION AND ORDER ENLARGING TIME FOR EXPERT DISCOVERY** <br><br><br> Judge:     Hon. Saundra B. Armstrong <br> Date Comp. Filed:     May 31, 2007 |

**STIPULATION**

Pursuant to Local Rule 6-2, Plaintiff and Defendants, through counsel, hereby submit this stipulated request for an order enlarging the time for expert discovery.  All parties agree to the following schedule:

- Expert disclosures and reports shall be served by April 12, 2011;
- Rebuttal expert disclosures and reports shall be served by April 18, 2011; and
- Expert discovery shall be completed by April 21, 2011.

Dated:  March 10, 2011                                                    KEKER & VAN NEST LLP

By: */s/ Sharif E. Jacob*
      SHARIF E. JACOB
      Attorneys for Plaintiff
      CURTIS LEE HENDERSON, SR.

Dated:  March 10, 2011

By: */s/ Julianne Mossler*
      JULIANNE MOSSLER
      Deputy Attorney General
      Attorneys for Defendants

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff and

3 Defendants shall serve any expert disclosures and reports by April 12, 2011; shall serve any

4 rebuttal expert disclosures and reports by April 18, 2011; and shall complete expert discovery by

5 April 21, 2011.

9 Dated: 3/11/11

*Saundra B. Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge