UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., <br><br> Plaintiff, <br><br> vs. <br><br> J. PETERSON, et al., <br><br> Defendants. | Case No: C 07-02838 SBA <br><br> **REVISED ORDER OF REFERENCE** <br><br> Docket 149 |

On March 14, 2011, the Clerk, pursuant to this Court's general Order of Reference, assigned the *in camera* review of Defendants' personnel files and internal investigation documents (Dkt. 149) to Magistrate Judge Nandor Vadas. On March 16, 2011, the matter was reassigned to Magistrate Judge Bernard Zimmerman due to a conflict. Accordingly, the deadline for Magistrate Judge Zimmerman to conduct his review is enlarged from March 24, 2011, to seven (7) days after Magistrate Judge Zimmerman receives the files to be reviewed.

IT IS SO ORDERED.

Dated: March 22, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge