KEKER & VAN NEST LLP
RACHAEL E. MENY - #178514
rmeny@kvn.com
BENEDICT Y. HUR - #224018
bhur@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
SHARIF E. JACOB - #257546
sjacob@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CURTIS LEE HENDERSON, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> J. PETERSEN, et al., <br><br> Defendants. | Case No. C07-2838-SBA <br><br> **STIPULATION AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER TO TRANSPORT INMATE CURTIS LEE HENDERSON (H-43488)** <br><br> Judge:      Hon. Saundra B. Armstrong <br> Date Comp. Filed:    May 31, 2007 <br> Trial Date:    July 18, 2011 |

**STIPULATION**

Whereas the Plaintiff in this action, Curtis Lee Henderson, CDCR No. H-43488, is confined at California State Prison, Corcoran in the custody of the Warden;

Whereas, in its March 1, 2011 Order, the Court set a settlement conference for April 22, 2011, at 9:30 a.m., at Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102 before Hon. Edward M. Chen;

Whereas, in its March 1, 2011 Order, the Court ordered that "[l]ead trial counsel shall appear at the settlement conference with the parties;"

Whereas, in order to secure Plaintiff's attendance at the settlement conference, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Curtis Lee Henderson to produce said inmate to the settlement conference;

Whereas, pursuant to General Order No. 45, § 10(B), Charles J. Antonen, counsel for Defendants, has given Sharif E. Jacob, counsel for Plaintiff, permission to electronically sign this stipulation and proposed writ and order on his behalf;

Therefore, pursuant to Local Rule 7-12, Plaintiff and Defendants, through counsel, hereby submit this stipulated request for a Writ of Habeas Corpus Ad Testificandum and Order to Transport Inmate Curtis Lee Henderson.

Dated:  April 4, 2011                                              KEKER & VAN NEST, LLP

By:  /s/ Sharif E. Jacob
SHARIF E. JACOB
Attorneys for Plaintiff
CURTIS LEE HENDERSON, SR.

Dated:  April 4, 2011

By:  /s/ Charles J. Antonen
CHARLES J. ANTONEN
Deputy Attorney General
Attorneys for Defendants

1
STIPULATION AND [PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICANDUM
AND ORDER TO TRANSPORT INMATE
CASE NO. C07-2838-SBA

551873.01

# ORDER

**ACCORDINGLY, IT IS ORDERED that:**

A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this court, commanding the Warden of California State Prison, Corcoran to produce Curtis Lee Henderson, Sr., CDCR No. H-43488 to Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, on April 22, 2011, at 9:30 a.m., and from day to day until completion of the settlement conference or as ordered by the Court.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE WARDEN OF CALIFORNIA STATE PRISON, CORCORAN:

YOU ARE ORDERED to produce Curtis Lee Henderson, Sr., CDCR No. H-43488, to Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, on April 22, 2011, at 9:30 a.m., and from day to day until completion of the settlement conference or as ordered by the Court.

IT IS SO ORDERED.

DATED: 4/5/11

_Saundra B. Armstrong_
HON. SAUNDRA B. ARMSTRONG
JUDGE OF THE UNITED STATES
DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA