1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

**CURTIS LEE HENDERSON,**                    Case No. C 07-2838 SBA

12
                                    Plaintiff,    **[PROPOSED] ORDER EXCUSING**
13                                               **DEFENDANTS FROM APRIL 22, 2011**
                     **v.**                       **SETTLEMENT CONFERENCE**
14

15   **J. PETERSON, et al.,**

16                                Defendants.

17

18        On Defendants' application, the Court finds good cause to excuse Defendants Bullock,

19   Christ, Kelley, McBride, Petersen, and Speaker's personal appearance at the April 22, 2011

20   Settlement Conference.

21        IT IS SO ORDERED.

22
     Dated:  April 11, 2011
23                                               The H_____hen
                                                 Judge Edward M. Chen
24

25

26

27

28

                                             1