UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CURTIS LEE HENDERSON, SR.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>J. PETERSON, et al.,<br><br>　　　　Defendants. | Case No:  C 07-02838 SBA<br><br>**ORDER**<br><br>Docket 161 |

　　Good cause appearing,

　　IT IS HEREBY ORDERED THAT Plaintiff's Request for Referral to Magistrate Judge (Dkt. 161) is GRANTED. Plaintiff's Motion to Extend the Discovery Deadline (Dkt. 162) and Motion to Compel Discovery of Defendants' Personal Finances (Dkt. 165) are REFERRED to Magistrate Judge Zimmerman, the assigned discovery magistrate in this action.  This Order terminates Docket 161.

　　IT IS SO ORDERED.

Dated:  April 12, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge