UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CURTIS LEE HENDERSON, SR.,<br><br>  Plaintiff,<br><br>  vs.<br><br>J. PETERSON, et al.,<br><br>  Defendants. | Case No: C 07-02838 SBA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATED REQUEST FOR ORDER SHORTENING TIME**<br><br>Dkt. 180, 183, 190 |

Having read and considered the parties' stipulated request for an order shortening time on Defendants' motions to revoke Plaintiff's in forma pauperis status and to bifurcate,

IT IS HEREBY ORDERED THAT the request to shorten time is DENIED. To expedite matters, however, the Court revises the briefing schedule specified in Civil Local Rule 7-3 as follows:

1.  Any opposition to the motions shall be filed by no than <u>June 7, 2011</u>. Plaintiff shall file a combined opposition addressing both motions which shall not to exceed ten (10) pages. Defendants shall file a combined reply by no later than <u>June 14, 2011</u>, not to exceed five (5) pages.

2.  No hearing will be scheduled on the motions at this time. If the Court desires oral argument, the Court will notify the parties. Otherwise, the Court will decide the motions without oral argument, pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b).

IT IS SO ORDERED.

Dated: May 20, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge