UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CURTIS LEE HENDERSON, SR.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>J. PETERSON, et al.,<br><br>　　　　Defendants. | Case No:  C 07-02838 SBA<br><br>**ORDER RE BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Docket 193 |

　　　　IT IS HEREBY ORDERED THAT Plaintiff shall file a response, not to exceed five (5) pages, to Defendants' Motion For Relief From Non-Dispositive Pretrial Order of Magistrate Judge (Dkt. 193), by no later than June 20, 2011.  The motion will be deemed submitted on the papers on the date that the opposition is due.  No further motions may be filed in this action, except those specified in the Order for Pretrial Preparation (Dkt. 142), absent prior leave of court.

　　　　IT IS SO ORDERED.

Dated:  June 13, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge