| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | RACHAEL E. MENY - #178514 |
| 2 | rmeny@kvn.com |
| | BENEDICT Y. HUR - #224018 |
| 3 | bhur@kvn.com |
| | R. ADAM LAURIDSEN - #243780 |
| 4 | alauridsen@kvn.com |
| | SHARIF E. JACOB - #257546 |
| 5 | sjacob@kvn.com |
| | 710 Sansome Street |
| 6 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 7 | Facsimile:  (415) 397-7188 |
| 8 | Attorneys for Plaintiff |
| | CURTIS LEE HENDERSON, SR. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | Case No. C07-2838-SBA |
| Plaintiff, | **STIPULATION AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER TO TRANSPORT INMATE CURTIS LEE HENDERSON (H-43488)** |
| v. | |
| J. PETERSEN, et al., | |
| Defendants. | Judge:    Hon. Saundra B. Armstrong |
| | Date Comp. Filed:    May 31, 2007 |
| | Trial Date:    July 18, 2011 |

**STIPULATION**

Whereas the Plaintiff in this action, Curtis Lee Henderson, CDCR No. H-43488, is confined at California State Prison, Corcoran in the custody of the Warden;

Whereas, in its February 2, 2011 Order for Pretrial Preparation, the Court set trial for five trial days beginning on July 18, 2011, at 8:30 a.m., at Courtroom 1 of the United States Courthouse, 1301 Clay Street, 4th Floor, Oakland, California, 94612 before Hon. Saundra Brown Armstrong;

Whereas, "[t]he Court's trial hours are from 8:30 a.m. to 2:00 p.m., with two fifteen-minute breaks, on Monday, Wednesday, Thursday and Friday;"

Whereas, in the Order for Pretrial Preparation, the Court ordered that, "On the first day of trial all parties are required to have someone in Court with full Settlement Authority;"

Whereas Plaintiff is a necessary and material witness at the trial in this action;

Whereas, in order to secure Plaintiff's attendance at trial, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Curtis Lee Henderson to produce said inmate to the trial;

Whereas counsel for Plaintiff and Defendants have met and conferred and agreed that Plaintiff shall be transferred approximately two weeks prior to trial to enable counsel for Plaintiff to avoid travel costs they would otherwise have to incur for pretrial preparation; and

Whereas, pursuant to General Order No. 45, § 10(B), Julianne Mossler, counsel for Defendants, has given Sharif E. Jacob, counsel for Plaintiff, permission to electronically sign this stipulation and proposed writ and order on her behalf;

/
/
/
/
/
/
/

Therefore, pursuant to Local Rule 7-12, Plaintiff and Defendants, through counsel, hereby submit this stipulated request for a Writ of Habeas Corpus Ad Testificandum and Order to Transport Inmate Curtis Lee Henderson.

Dated:  June 16, 2011                                                       KEKER &VAN NEST LLP

                                                          By:  */s/ Sharif E. Jacob*
                                                                SHARIF E. JACOB
                                                                Attorneys for Plaintiff
                                                                CURTIS LEE HENDERSON, SR.

Dated:  June 16, 2011

                                                          By:  */s/ Julianne Mossler*
                                                                JULIANNE MOSSLER
                                                                Deputy Attorney General
                                                                Attorneys for Defendants

**ORDER**

**ACCORDINGLY, IT IS ORDERED that:**

A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this court, commanding the Warden of California State Prison, Corcoran to produce Curtis Lee Henderson, Sr., CDCR No. H-43488,

(1)     to San Quentin State Prison not later than July 6, 2011, and from day to day until completion of the trial or as ordered by the Court; and

(2)     to Courtroom 1 of the United States Courthouse, 1301 Clay Street, 4th Floor, Oakland, California, 94612, at 8:30 a.m. on July 18, 2011 and on each trial day thereafter until completion of the trial or as ordered by the Court.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO THE WARDEN OF CALIFORNIA STATE PRISON, CORCORAN:

YOU ARE ORDERED to produce Curtis Lee Henderson, Sr., CDCR No. H-43488,

(1)     to San Quentin State Prison not later than July 6, 2011, and from day to day until completion of the trial or as ordered by the Court; and

(2)     to Courtroom 1 of the United States Courthouse, 1301 Clay Street, 4th Floor, Oakland, California, 94612, at 8:30 a.m. on July 18, 2011 and on each trial day thereafter until completion of the trial or as ordered by the Court.

IT IS SO ORDERED.

DATED:  6/21/11                                   _/s/ Saundra B. Armstrong_
                                                                HON. SAUNDRA B. ARMSTRONG
                                                                JUDGE OF THE UNITED STATES
                                                                DISTRICT COURT, NORTHERN
                                                                DISTRICT OF CALIFORNIA