IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS LEE HENDERSON,**<br><br>                                    Plaintiff,<br><br>        v.<br><br>**J. PETERSON, et al.,**<br><br>                                    Defendants. | Case No. C 07-2838 SBA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE APPLICATION AND GRANTING APPLICATION TO EXCUSE THE PERSONAL APPEARANCE OF CDCR STAFF COUNSEL**<br><br>**Dkt. 253** |

   On Defendants' request for leave to file an application to excuse CDCR staff counsel from personally appearing at the pre-trial conference and the first day of trial in this matter, the Court finds good cause to GRANT the request.  Moreover, as the application is unopposed, the Court further finds good cause to GRANT the request that CDCR staff counsel be excused from personally appearing at both the pre-trial conference and the first day of trial in this matter. CDCR staff counsel shall be available telephonically during these proceedings.  **However, Defendants must have a representative <u>with full settlement authority</u> present at both the pretrial conference and at trial.**

1

1
2    IT IS SO ORDERED.
3
4
5    Dated: 7-11-11
     _____
     SAUNDRA B. ARMSTRONG
6    United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[Proposed] Order Granting Defs.' Req. & Appl. (Case No. C 07-2838 SBA)