KEKER & VAN NEST LLP
RACHAEL E. MENY - #178514
rmeny@kvn.com
BENEDICT Y. HUR - #224018
bhur@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
SHARIF E. JACOB - #257546
sjacob@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CURTIS LEE HENDERSON, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CURTIS LEE HENDERSON, SR.,<br><br>                                    Plaintiff,<br><br>          v.<br><br>J. PETERSEN, et al.,<br><br>                                    Defendants. | Case No. C07-2838-SBA<br><br>**ORDER ALLOWING EQUIPMENT IN THE COURTROOM**<br><br><br><br><br>Judge:        Hon. Saundra B. Armstrong<br><br>Date Comp. Filed:     May 31, 2007<br>Trial Date: July 18, 2011 |

1    Whereas, in its February 2, 2011 Order for Pretrial Preparation, the Court set trial for July

2    18-25, 2011 in Courtroom 1 of the United States Courthouse, 1301 Clay Street, 4th Floor,

3    Oakland, California, 94612 before Hon. Saundra Brown Armstrong;

4    Whereas the parties intend to use electronic equipment to aid in the presentation of their

5    cases;

6    Whereas counsel for Plaintiff and Defendants have met and conferred and Defendants'

7    counsel has informed Plaintiff's counsel that Defendants will not oppose the filing of this

8    proposed order; and

9    Whereas Plaintiffs and Defendants have agreed to jointly contact the Court's Calendar

10   Clerk & Courtroom Deputy to arrange installation and testing of the operation of this equipment;

11   Plaintiff Curtis Lee Henderson, Sr. hereby requests that, with the Court's permission, the

12   following equipment be allowed into the courtroom on or before July 15, 2011 for set up and

13   from July 18-25, 2011 for trial:

14       1.    Laptop Computers

15       2.    One (1) Projector

16       3.    One (1) Projection Screen

17       4.    One (1) Projector Stand

18       5.    One (1) Pair of Speakers

19       6.    One (1) Table

20       7.    One (1) Printer

21       8.    One (1) Cart

22       9.    One (1) Easel

23       10.   One (1) ELMO/Visualizer

24       11.   Several cords, cables, adaptors, power strips, tape, connections, and a

25   demonstrative exhibit board.

26

27

28

1

[PROPOSED] ORDER ALLOWING EQUIPMENT IN THE COURTROOM
CASE NO. C07-2838-SBA

1

## **ORDER**

2

3        Plaintiff may bring the equipment identified above into the federal building and

4 Courtroom 1, located on the 4th floor, at 1310 Clay Street, Oakland, CA 94612, on or before July

5 15, 2011, at a reasonable time as the parties may arrange with the Calendar Clerk & Courtroom

6 Deputy, to set up the equipment in advance of trial and from July 18-25, 2011 for use at trial.

7        IT IS HEREBY SO ORDERED.

8

9

10 Dated:  7/11/11                                         _____

11                                                        Hon. Saundra B. Armstrong
                                                         United States District Court Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

568838.01