IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CURTIS LEE HENDERSON,**<br><br>                                      Plaintiff,<br><br>         v.<br><br>**J. PETERSON, et al.,**<br><br>                                      Defendants. | C 07-2838 SBA<br><br>**ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL**<br><br>Trial Date:  July 18, 2011<br>Time:            8:30 a.m.<br>Courtroom:  1, 4th Floor<br>Judge           Hon. Saundra B. Armstrong<br>Action Filed:  5/31/2007 |

The trial of this matter is scheduled to begin on July 18, 2011, in Courtroom 1 on the 4th floor of the United States District Court, Northern District of California, located at 1310 Clay Street, Oakland, CA 94612.  The parties intend to use electronic equipment to aid in the presentation of their cases.  Defendants will contact Judge Armstrong's calendar clerk and courtroom deputy, Lisa Clark, on Thursday, July 14, 2011, to arrange installation and testing of the operation of this equipment.

This Court, having duly considered the request of the parties, grants them permission to bring electronic equipment into the Court for the duration of the trial.

**ACCORDINGLY IT IS ORDERED THAT:**

Defendants, their counsel and staff may bring the following equipment into the federal

1

building and Courtroom 1, located on the 4th floor, at 1310 Clay Street, Oakland, CA 94612.

**Equipment for Use in the Courtroom During Trial:**

**1. One Digital Elmo**

**2. One Projector**

**3. One bin of cables, adaptors, extension cords, power strips, and tape**

**4. One presentation computer laptop**

Dated: 7/11/11

_____
Hon. Saundra Brown Armstrong
United States District Judge

SF2008201108
20471854.docx

2

[Proposed] Order Permit. Use Electron. Equip. at Trial (C 07-2838 SBA)