UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON,<br><br>    Plaintiff(s),<br><br>  v.<br><br>J. PETERSON, et al.,<br><br>    Defendant(s). | No. C07-2838 SBA (BZ)<br><br>**ORDER RE DISCOVERY DISPUTE** |

The Court understands that Judge Armstrong has granted plaintiff's motion in limine number 3 to exclude any references to his disciplinary records that were not produced during discovery. Docket No. 264. The Court therefore considers the issues raised by the parties' letters in Docket Nos. 243 and 247 resolved.

Dated: July 14, 2011

                          Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\ARCHIVE\DISCOVERY CASES\R&R\HENDERSON (R&R)\ORDER RE DISCOVERY DISPUTE.wpd

1