IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CURTIS LEE HENDERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**J. PETERSON, et al.,**<br><br>Defendants. | C 07-2838 SBA<br><br>**ORDER AUTHORIZING ENTRY AND USE OF EXHIBITS DURING TRIAL**<br><br>Trial Date:  July 18, 2011<br>Time:          8:30 a.m.<br>Courtroom: 1, 4th Floor<br>Judge         Hon. Saundra B. Armstrong<br>Action Filed:  5/31/2007 |

The trial of this matter is scheduled to begin on July 18, 2011, in Courtroom 1 on the 4th floor of the United States District Court, Northern District of California, located at 1310 Clay Street, Oakland, CA 94612.  The parties intend to use restraint devices and non-lethal weapons as exhibits to aid in the presentation of their cases.

This Court, having duly considered the request of the parties, grants them permission to bring handcuffs, a Monadnock expandable baton, and a can of Oleoresin Capsicum spray into the Court for the duration of the trial.

**ACCORDINGLY IT IS ORDERED THAT:**

Defendants, their counsel and staff may bring the following equipment into the federal building and Courtroom 1, located on the 4th floor, at 1301 Clay Street, Oakland, CA 94612.

1

**Exhibits for Use in the Courtroom During Trial:**

1. **Monadnock baton**
2. **One set of handcuffs**
3. **One can MK-9X Oleoresin Capsicum spray.**

Dated: 7/15/11

_____
Hon. Saundra Brown Armstrong
United States District Judge

SF2008201108
20487576.docx

2

[Proposed] Order Auth. Entry and Use Exh. at Trial (C 07-2838 SBA)