UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **07-02838**    Case Name: **CURTIS LEE HENDERSON SR V. CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST

| JUDGE<br>SAUNDRA B. ARMSTRONG | PLAINTIFF ATTORNEY:<br>ADAM LAURIDSEN<br>SHARIF JACOB | DEFENSE ATTORNEY:<br>JULIANNE MOSSLER<br>CHARLES ANTONEN |
|---|---|---|
| TRIAL DATE:<br>7/18/11 | REPORTER(S):<br>RAYNEE MERCADO | CLERK:<br>LISA CLARK |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/18/11 | | 8:32 | Court in session out of the presence of the prospective jury; π not present in court yet | |
| | | | | 8:40 | π has arrived in the courtroom | |
| | | | | 9:00 | Roll Taken 38 prospective jurors present | |
| | | | | 9:02 | Court in session all parties and 38 prospective jurors. Court welcomes juror panel | |
| | | | | 9:05 | Jury Panel sworn | |
| | | | | 9:16 | Voir Dire begins by the Court | |
| | | | | 9:50 | π conducts voir dire | |
| | | | | 9:53 | Court address jury panel | |
| | | | | 9:53 | Cont'd voir dire by π's Counsel of jury panel | |
| | | | | 9:59 | Court in Recess until 10:20 π has used 9 minutes for voir dire | |
| | | | | 10:19 | Roll taken of Prospective Jury Panel | |
| | | | | 10:22 | Court in session all parties present and prospective jurors (38) present. Cont'd voir dire by π's counsel of jury panel | |
| | | | | 10:33 | Voir dire by Δ's counsel of prospective jurors | |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs. CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
### (continued)

| PLF No. | DEF No. | DATE OFFERED | ID | RC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/18/11 | | 10:39 | Sidebar | |
| | | | | 10:50 | Jury selected | |
| | | | | 10:52 | 8 members selected | |
| | | | | 10:57 | Court in Recess - Jury sworn | |
| | | | | 11:23 | All parties present; Jurors present (x); Court pre-instructs jury | |
| | | | | 11:35 | Opening statement by π's Counsel | |
| | | | | 11:47 | Opening statement by Δ's Counsel π used 7 minutes | |
| | | | | 12:01 | π's calls Curtis Lee Henderson Δ used 14 minutes Direct-examination | |
| 232 | | | 7/18/11 | 7/18/11 | Rotunda Area of Pelican Bay | AC |
| 404 | | | 7/18/11 | | Demonstrative | |
| | EE | | 7/18/11 | 7/18/11 | Baton | AC |
| 246 | | | 7/18/11 | 7/18/11 | Holding Yard | AC |
| 247 | | | 7/18/11 | | Tower + Toilet Area | AC |
| 243 | | | 7/18/11 | 7/18/11 | Metal cages in Program office | AC |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs.CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
### (continued)

| PLF No. | DEF No. | DATE OFFERED | ID | RC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/18/11 | | | Cont'd direct by Counsel of π | |
| 265 | | | 7/18/11 | 7/18/11 | Cell 128 in 2Bldg | AC |
| 266 | | | 7/18/11 | 7/18/11 | Close up of Cell 128 in 2Bldg | AC |
| 37 | | | 7/18/11 | 7/18/11 | CDCR Form 7219 Medical Report | AC |
| | | | | 12:55 | Court in Recess π used 54 minutes | |
| | | | | 1:07 | Court back in session - Cont'd direct examination of Mr. Henderson | |
| 24 | | | 7/18/11 | 7/18/11 | Video | AC |
| | | | | 1:28 | Cross-examination by Defense Counsel of Mr. Henderson; π used 221 minutes | |
| | FF | | 7/18/11 | | Plaintiff's deposition date 1/6/10 | |
| | | | | 1:35 | Sidebar | |
| | | | | 1:39 | Cont'd cross-examination of Mr. Henderson by Δ's Counsel | |
| | | | | 2:00 | Court in Recess - Jury excused | |
| | | | | 2:02 | Court in Recess Δ used 32 minutes | |
| | | | | | π has 668 minutes left | |
| | | | | | Δ has 704 minutes left | |
| | | | | | Sh has 28 minutes | |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs. CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
### (continued)

| PLF No. | DEF No. | DATE OFFERED | ID | Rc | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/21/11 | | 8:58 | Court in session- All parties + 8 member jury present | |
| | | | | 8:59 | Cont'd cross-examination of Mr. Henderson by Δ's Counsel | |
| B-1 | | | 7/21/11 | 7/21/11 | Inmate Appeal No. PBSP-06-02079 | AC |
| | FF | | 7/18/11 | | | |
| H | | | 7/21/11 | 7/21/11 | CDCR 7219 + Addendum MTA Patch | AC |
| I | | | 7/21/11 | 7/21/11 | CDCR 7219 MTA Taylor | AC |
| | | | | 9:46 | Redirect by π's Counsel of Mr. Henderson | |
| | | | | | 47 minutes used by Δ's Counsel | |
| | | | | 9:56 | Re-cross by Δ's Counsel of Mr. Henderson | |
| | | | | | π used 10 minutes | |
| | | | | | witness may step down | |
| | | | | 9:58 | π's calls James Patch - Direct examination | |
| | | | | 10:27 | Court in Recess | |
| | | | | | π used 24 minutes | |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs. CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
(continued)

| PLF No. | DEF No. | DATE OFFERED | ID | Rc | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/21/11 | | 10:48 | Cont'd direct of James Patch by π's Counsel Cross-examination of James Patch by Δ's Counsel | |
| | G-9 | 7/21/11 | | | | |
| | | | | 11:04 | Re-direct by π's Counsel of Mr. Patch | |
| | | | | | Δ used 18 minutes | |
| | | | | 11:09 | Sidebar | |
| | | | | 11:15 | Cont'd Re-direct by π's Counsel of Mr. Patch | |
| | G-9 | 7/21/11 | 7/21/11 | | CDCR-Incident Report J.T. Patch | AC |
| | | | | 11:21 | Re-cross by Δ's Counsel | |
| | | | | | π used 15 minutes | |
| | G-16 | 7/21/11 | 7/21/11 | | 3-4 only of | |
| | | | | 11:23 | Sidebar | |
| | | | | 11:30 | Cont'd Re-cross of James Patch | |
| | | | | 11:34 | Cont'd Re-direct of James Patch | |
| | | | | 11:36 | Witness excused; π's calls Video Testimony of Victorio | |
| | | | | | B used 9 minutes | |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs. CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
(continued)

| PLF No. | DEF No. | DATE OFFERED | ID | RC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/21/11 | | | | |
| 407 | | | 7/21/11 | 7/21/11 | Excerpt of Deposition | AC |
| | | | | 11:54 | Π calls Dr. Nichole Schneider - Direct - examination; Court accepts witness as an expert | |
| 110 | | | 7/21/11 | 7/21/11 | Physician Progress Notes by Dr. Sin | AC |
| 111 | | | 7/21/11 | 7/21/11 | Physician Order Dr. Sain | AC |
| 103 | | | 7/21/11 | 7/21/11 | Orthopedic Consultation Dr. Duncan | AC |
| | | | | 12:20 | Court in Recess | |
| | | | | | Π has used 49 minutes | |
| | | | | 12:43 | Court back in session - All parties present | |
| 149 | | | 7/21/11 | 7/21/11 | Physician's Progress Report. Dr. Rowe | AC |
| 101 | | | 7/21/11 | 7/21/11 | Neurology Consultation Dr. Maukonen | AC |
| 104 | | | 7/21/11 | 7/21/11 | Operative Report Dr. Chandrasekaran | AC |
| 122 | | | 7/21/11 | 7/21/11 | Draft Operation Report. Dr. Chandrasekaran | AC |
| | | | | 1:11 | Cross-examination by Δ's Counsel of Dr. Schneider | |
| | | | | | Π used 25 minutes | |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs. CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
### (continued)

| PLF No. | DEF No. | DATE OFFERED | ID | Rc | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/21/11 | | | Cont'd cross-examination by Δ's Counsel of Dr. Schneider | |
| | M | | 7/21/11 | 7/21/11 | Physician Progress Note 5/17/06 | AC |
| | | | | | Witness shown exh. 149 | |
| | | | | 1:21 | Re-direct of Dr. Schneider by Π's Counsel | |
| | | | | | Δ used 10 minutes | |
| | | | | 1:25 | Witness may step down – Π moves into evidence | |
| 124A | | | 7/21/11 | 7/21/11 | Colonial Medical Ins. Claim Form 4/24/09 | AC |
| | | | | 1:28 | Sidebar | |
| 125A | | | 7/21/11 | 7/21/11 | Colonial Medical Ins. Claim Form 5/27/09 | AC |
| 130A | | | 7/21/11 | 7/21/11 | Tehachapi Surgery Center list 11/11/08 | AC |
| 132A | | | 7/21/11 | 7/21/11 | Tehachapi Surgery Center List | AC |
| 133A | | | 7/21/11 | 7/21/11 | Colonial Medical Group Ins Form C-648 11/11/08 | AC |
| 134A | | | 7/21/11 | 7/21/11 | Colonial Medical Ins. Claim Form C-649 11/11/08 | AC |
| 139A | | | 7/21/11 | 7/21/11 | Colonial Medical Ins. Claim Form C-54 4/21/09 | AC |
| 143 | | | 7/21/11 | 7/21/11 | Pacific Orthopedic Medical Dr. Chandrasekar 4/16/09 | AC |
| 144 | | | 7/21/11 | 7/21/11 | " " " 8/25/05 Dr. Chandrasekaran | AC |
| | | | | 1:38 | Π calls James Petersen – Direct examination | |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs. CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
(continued)

| PLF No. | DEF No. | DATE OFFERED | ID | RC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/21/12 | | | Cont'd direct of Mr. Peterson | |
| 12 | | | 7/21/11 | 7/21/11 | CDCR Form 837-C 8/16/06 | AC |
| 13 | | | 7/21/11 | 7/21/11 | CDCR Form 837-C2 8/18/06 | AC |
| 14 | | | 7/21/11 | 7/21/11 | CDCR Form 837-C1 8/29/06 | AC |
| 27 | | | 7/21/11 | 7/21/11 | PBSP Use of Force Procedure Attachment 8/31/06 | AC |
| | | | | 1:39 | Sidebar | |
| | | | | 1:46 | Cont'd direct of Mr. Petersen | |
| 15 | | | 7/21/11 | | | |
| 23 | | | 7/21/11 | 7/21/11 | Transcript of Petersen Interview 9/7/06 | AC |
| | | | | 1:57 | Court in Recess Jury excused for one day | |
| | | | | 2:04 | Court in Recess for the day. | |
| | | | | | π used 32 minutes | |
| | | | | | π has 513 minutes | |
| | | | | | Δ has 667 minutes | |
| | | | | | 4 hours + 59 minutes | |
| | | 7/28/11 | | 8:30 | Court in session - all parties present. Jury present | |
| | | | | 8:33 | Cont'd direct examination of | |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs.CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
(continued)

| PLF No. | DEF No. | DATE OFFERED | ID | Rc | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/22/11 | | | Mr. Petersen; witness shown exh 27 and listen to part of 15 | |
| 15 | | | 7/22/11 | 7/22/11 | Audio Recording of S. Petersen 9/7/06 | AC |
| 28 | | | 7/22/11 | 7/22/11 | H/W Diagram of Pelican Bay Rotunda 3/30/11 | AC |
| π used 43 minutes | | | | | witness shown exh 12 | |
| | | | | 9:16 | Cross-examination of Mr. Petersen by Δ's Counsel | |
| | | | | 9:18 | Sidebar | |
| | | | | 9:21 | Cont'd cross of Mr. Petersen | |
| Δ used 18 minutes | | | | 9:24 | Re-direct of Mr. Petersen | |
| | | | | 9:25 | Witness excused; π calls Mr. Speaker - Direct examination | |
| 19 | | | 7/22/11 | 7/22/11 | CDCR Crime/Incident Report - 8/29/06 | AC |
| 48 | | | 7/22/11 | | | |
| π used 39 minutes | | | | 9:58 | Court in Recess | |
| | | | | 10:17 | Court in session - All parties and jury present - Cross-examination by Δ's Counsel of Mr. Speaker | |
| Δ used 9 minutes | | | | 10:26 | Re-direct of Mr. Speaker by π's Counsel | |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs.CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
(continued)

| PLF No. | DEF No. | DATE OFFERED | ID | Rc | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/22/11 | | | Cont'd Re-direct by π's Counsel of Mr. Speaker | |
| π used 4 minutes | | | | 10:30 | Witness may step down; π's call Daniel E Vasquez- Direct Examination Witness Accepted as Expert in Use of Force and Use of Force Investigations | |
| π used 15 minutes | | | | 11:15 | Cross-examination by Δ's Counsel | |
| | GG | 7/24/11 | | | | |
| | | | | 11:26 | Sidebar | |
| | | | | | Cont'd cross of Mr. Vasquez | |
| Δ used 43 minutes | | | | 11:58 | Court in Recess | |
| | | | | 12:12 | Court in Session - All parties + jury present; Re-direct by π's of Mr. Vasquez | |
| π used 12 minutes | | | | 12:24 | ~~Witness may step down~~ Re-cross by Δ's Counsel of Mr. Vasquez | |
| Δ used 8 minutes | | | | 12:32 | π's Rests; Δ's call Antonio Martell - Direct-examination | |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs. CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
### (continued)

| PLF No. | DEF No. | DATE OFFERED | ID | RC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/22/11 | | | Cont'd direct at Mr. Martell by Δ's Counsel | |
| | | | | 12:59 | Sidebar | |
| | | | | 1:07 | Cont'd direct at Mr. Martell by Δ's Counsel | |
| Δ used 36 minutes | | | | 1:08 | Cross-examination by π's Counsel at Mr. Martell | |
| 45 | | | 7/22/11 | 7/22/11 | Map drawn by Officer Martell | ✓ |
| 39 | | | 7/22/11 | 7/22/11 | CDCR Crime/Incident Report A.W. Martell | ✓ |
| 46 | | | 7/22/11 | 7/22/11 | Transcript of audio recording A.W. Martell | ✓ |
| π used 35 minutes | | | | 1:47 | Re-direct by π's Counsel | |
| Δ used 3 minutes | | | | 1:50 | Re-cross by Δ's Counsel | |
| π used 3 minutes | | | | 1:53 | Re-direct by π's Counsel | |
| | G-14 | | 7/22/11 | | | |
| Δ used 4 minutes | | | | 1:57 | Court in Recess - Jury excused. Court discusses Rule 50 motion with parties | |
| Δ has 54 minutes left | | | | | π Parties to file Opening briefs by 6pm. ~~noon~~ on 7/25/11; Opposition briefs to be filed by 9am ~~5pm~~ on 7/26/11; Briefs should not be more than 10 pages. | |
| π has 362 minutes left | | | | | | |
| Total 5 hours + 36 minutes | | | | | | |
| | | | | 2:09 | Court in Recess | |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs.CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
## (continued)

| PLF No. | DEF No. | DATE OFFERED | ID | Rc | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 1 | 7/25/11 | | 8:33 | Court in session - All parties present - outside the presence of jury; Court address parties off the Record | |
| | | | | 8:41 | All parties and jury present - Cont'd Re-direct of Mr. Martell by Δ's counsel | |
| G-14 | | 7/21/11 7/25/11 | | | Crime/Incident Report A.W. Martell hC | |
| Δ used 3 minutes | | | | 8:45 | Witness excused; Δ's call Curtis Lee Henderson - Direct-examination | |
| Δ used 7 minutes | | | | 8:52 | Cross-examination by π/s counsel of Mr. Henderson | |
| π used 5 minutes | | | | 8:57 | Witness excused; Δ's calls Joseph McGrath - Direct-examination - Court Accepts witness As A expert | |
| | L | 7/21/11 7/25/11 | | | Pelican Bay Use of Force Policy | hC |
| Δ used 63 minutes | | | | 9:46 | Sidebar - Cont'd direct of Mr. Grath | |
| | | | | 10:00 | Court in Recess | |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs. CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
### (continued)

| PLF No. | DEF No. | DATE OFFERED | ID | Rc | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/25/11 | | | 10:19 Court back in session - All parties present + jury Cross-examination by Δ's counsel of Mr. McGrath | |
| π used 26 minutes | | | | | 10:44 Re-direct by π's Counsel of Mr. McGrath | |
| Δ used 18 minutes | | | | | 11:02 Re-cross by π's counsel | |
| π used 2 minutes | | | | | 11:04 Witness excused; Δ's call Clay Speaker - Direct examination | |
| | Y | 7/25/11 | 7/25/11 | | B-5 Diagram CDCR 0941 | hc |
| | AA | 7/25/11 | 7/25/11 | | Photo's of Speaker | hc |
| | DD | 7/25/11 | 7/25/11 | | Handcuffs | hc |
| Δ used 41 minutes | | | | | 11:45 Court in Recess | |
| | | | | | 12:03 Court in Session - All parties and jury present - Direct examination by π's Counsel of Mr. Speaker | |
| π used 23 minutes | | | | | 12:26 Re-direct by Δ's Counsel of Mr. Speaker | |
| Δ used 4 minutes | | | | | 12:30 Re-cross by π's Counsel of Mr. Speaker | |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs. CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
(continued)

| PLF No. | DEF No. | DATE OFFERED | ID | Rc | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| π used 1 minute | | | 12:31 | | Witness Excused; Δ's call James Petersen - Direct examination | |
| | Δ used 15 minutes | | 12:46 | | Cross-examination by π's Counsel of Mr. Petersen | |
| | | | 12:51 | | Sidebar | |
| π used 11 minutes | | | 12:57 | | Cont'd cross-examination | |
| | | | 1:15 | | Re-direct by Δ of Mr. Petersen | |
| | Δ used 1 minute | | 1:16 | | Witness excused; Δ call Michael Dean Bullock - Direct-examination | |
| | | | 1:23 | | Cross-examination by π's counsel of Mr. Bullock | |
| 30 | | 7/25/11 | 7/25/11 | | Bullock's Interrogatory - (Redacted) AC | |
| π used 23 minutes | | | 1:46 | | Re-direct by Δ's counsel | |
| | Δ used 4 minutes | | 1:50 | | Re-cross by π's counsel | |
| π used 1 min | | | 1:51 | | Witness excused; Jury | |
| Δ used 9 minutes (No witnesses) | | | | | Excused for the day Court discusses the remaining time for this trial; Parties to meet + confer regarding jury instructions | |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs. CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
(continued)

| PLF No. | DEF No. | DATE OFFERED | ID | Rc | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/25/11 | | 2:15 | Court in Recess | |
| | | π has 270 minutes left | | | | |
| | | Δ has 381 minutes left | | | | |
| | | Trial Time 3hrs + 42 minutes | | | | |
| | | 7/26/11 | | 3:07 | Court in session - Out of the presence of the jury. Court goes over proposed jury instructions with parties. | |
| | | | | 4:14 | Court in Recess | |
| | | 7/27/11 | | 8:57 | Court in session - All parties present and the Jury | |
| | | | | 8:58 | Δ calls Todd Holmes - Direct examination | |
| | | Δ used 7 minutes | | 9:05 | Cross-examination by π's of Mr. Holmes | |
| | | π used 2 minutes | | 9:07 | Witness excused; Δ's call David Christ - Direct examination | |
| | | Δ Used 3 minutes | | 9:10 | Cross-examination of Mr. Christ by π | |
| | | | | 9:19 | Sidebar | |
| | | | | | Cont'd cross-examination of Mr. Christ | |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs. CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
### (continued)

| PLF No. | DEF No. | DATE OFFERED | ID | Rc | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 7/27/11 |  |  | Cont'd cross-examination of Mr. Christ |  |
| 87 |  |  | 7/27/11 |  |  |  |
|  |  | π used 42 minutes |  | 9:57 | Court in Recess |  |
|  |  |  |  | 10:18 | Court in session - All parties and jury present - Cont'd cross-examination of Mr. Christ by Δ's counsel; witness shown exh L |  |
|  |  | π used 4 minutes |  | 10:22 | Re-direct of Mr. Christ by Δ's counsel |  |
|  |  | Δ used 7 minutes |  | 10:29 | Re-cross of Mr. Christ by π's counsel |  |
|  |  | π used 1 minute |  | 10:30 | Witness excused; Δ's call Dr. Gabiell Williams; Direct-examination, witness accepted as an expert |  |
|  |  | Δ used 74 minutes |  | 11:44 | Sidebar |  |
|  |  |  |  | 11:50 | Court in Recess |  |
|  |  |  |  | 1:01 | Cross-examination of Dr. Williams by π's counsel |  |
| 150 |  |  | 7/27/11 | 7/27/11 | Medical Record C Henderson | AC |
|  |  | π used 44 minutes |  | 1:45 | Re-direct by Δ's counsel of Dr. Williams |  |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs.CALIFORNIA DEPARTMENT OF CORRECTION**

## EXHIBIT and WITNESS LIST
(continued)

| PLF No. | DEF No. | DATE OFFERED | ID | Rc | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/27/11 | | | Cont'd Re-direct of Dr. Williams | |
| | | ~~Δ used 7 minutes~~ | | 1:52 | Re-cross by π's counsel | |
| | | | | 1:53 | Witness excused; Defense Rests; | |
| | | | | | Plaintiff's Reads the Stipulation of facts into the record | |
| 405 | | 7/27/11 | 7/27/11 | | Stipulation of facts | YC |
| | | π has 177 minutes left | | 1:57 | Both sides Rests. π's | |
| | | Δ has 283 minutes left | | | closing Arguments | |
| | | π used 67 minutes | | 3:04 | ~~Δ's closing Arguments~~ | |
| | | π has 110 minutes | | | Court | |
| | | | | 3:22 | Court in session - All parties | |
| | | | | | and jury present - Δ's closing | |
| | | | | | Arguments | |
| | | | | 3:54 | Rebuttal Argument by π's | |
| | | | | | Counsel | |
| | | | | 4:11 | Court instructs jury | |
| | | | | 4:35 | ~~Court~~ Jury Deliberating | |
| | | | | 5:10 | Jury gone home for the day. | |
| | | Time 8 hours + 10 minutes | | | | |
| | | 7/28/11 | | 8:32 | Jury deliberating | |
| | | | | 9:45 | Court in session - out of the presence of the Jury | |

Case No: **C 07-02838 SBA**

Case Name: **CURTIS LEE HENDERSON SR vs. CALIFORNIA DEPARTMENT OF CORRECTION**

### EXHIBIT and WITNESS LIST
### (continued)

| PLF No. | DEF No. | DATE OFFERED | ID | Rc | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/28/11 | | 9:50 | Jury in court; Court responds to Note #1 from the jury - All parties present | |
| | | | | 9:52 | Court in session - Jury Deliberating | |
| | | | | 12:21 | Court in session - Out of the presence of jury Parties put their settlement on the record. | |
| | | | | 12:26 | Court in session - All parties and jury present; Court advises the jury that the parties have settled the case. | |
| | | | | 12:28 | Court in Recess | |