UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | Case No: C 07-02838 SBA |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| vs. | |
| J. PETERSON, C. SPEAKER, J.T. PATCH, M.D. BULLOCK, S.L. THOMPSON, J. MCBRIDE, DA CHRIST, G. KELLY, J. GETZ, J. BROWN, S. LUCKETT, R. TUPY, M. COOK, K. CRUSE, J. AKIN, J. MOULTON, D. MANDEL, S. WRIGHT, ET. AL, | |
| Defendants. | |

Pursuant to the parties' settlement, which was placed on the record on July 28, 2011,

IT IS HEREBY ORDERED THAT the instant action is DISMISSED with prejudice. The Court retains jurisdiction over the settlement, which is conditioned upon the parties' agreement that any disputes arising from the agreement shall be referred to and resolved by the Chief Magistrate Judge or her designee.  The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: July 29, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge