IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CURTIS LEE HENDERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**J. PETERSON, et al.,**<br><br>Defendants. | C 07-2838 SBA<br><br>~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AND TO CONTINUE HEARING |

    Defendants Bullock, Christ, Petersen, and Speaker (Defendants) have filed a request for an extension of time up to and including February 27, 2012 to file their opposition to Plaintiff's motion to enforce the settlement, and to continue the hearing on Plaintiff's motion to March 15, 2012. The Court has read and considered Defendants' request and good cause appearing,

    IT IS ORDERED that Defendants' request for an extension of time, up to and including February 27, 2012, to file their opposition to Plaintiff's motion is GRANTED. Plaintiff's reply brief, if he chooses to file one, must be filed and served no later than March 8, 2012.

    IT IS FURTHER ORDERED that the hearing on Plaintiff's motion to enforce the settlement is continued to 10:00 a.m. on March 22, 2012, before Chief Magistrate Judge Maria-Elena James in Courtroom B on the 15th Floor of the United States District Court, Northern

1

[Proposed] Order Granting Mot. EOT for Defs.' Opp'n. and Cont. Hearing (C 07-2838 SBA)

District of California, San Francisco Division. The parties are ORDERED to meet in confer in person by March 15, 2012, and file a joint certification by March 16 that they met and conferred in person in a good faith attempt to resolve this matter informally.

Dated: February 7, 2012

*IT IS SO ORDERED*

*Judge Maria-Elena James*
*United States District Court*
*Northern District of California*

2

[Proposed] Order Granting Mot. EOT for Defs.' Opp'n. and Cont. Hearing (C 07-2838 SBA)